UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DONALD M. BIRD,

          Plaintiff,        CIV. S-05-2233 DFL PAN PS

    v.

ANN MARIE EVERSOLE, PRESIDENT,    FINDINGS AND RECOMMENDATIONS
RANCHO TEHAMA ASSOCIATION,

          Defendant.

-o0o-

On December 1, 2005, this court granted plaintiff's application to proceed in forma pauperis, but dismissed his complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), due to plaintiff's failure to establish this court's jurisdiction over his dispute with the Rancho Tehama Association and its prohibition against removing trees measuring three inches or less in diameter.  Plaintiff was accorded twenty days within which to serve and file an amended complaint.

1  On December 16, 2005, plaintiff filed a "Motion to Amend
2  Plaintiff's/Petitioner's Complaint," captioned "Our Constitution
3  is a 'God Damn Piece of Paper,'" wherein plaintiff asserts, "What
4  is the point of allowing this case to be amended when by the
5  Court's declaration of a 'Lack of Jurisdiction' makes any
6  response moot."  Plaintiff's "motion" includes two articles
7  published by the "J.A.I.L. News Journal," which assert that
8  judges lack integrity, and which plaintiff avers should "give
9  this Court the insight of why citizens will 'Force' a change of
10 the 'Status Quo' of the Judicial System.  Pay Attention.  This is
11 my version of 'Stating a Claim.'"
12  Plaintiff has again failed to establish this court's
13 jurisdiction.  Accordingly, I recommend dismissal of this action
14 pursuant to Fed. R. Civ. P. 12(b)(1) and 28 U.S.C. § 1915(e)(2)
15 (B)(ii).
16  These findings and recommendations are submitted to the
17 Honorable David F. Levi, the United States District Judge
18 assigned to this case.  28 U.S.C. § 636(b)(l).  Written
19 objections may be filed within ten days after being served with
20 these findings and recommendations.  The document should be
21 captioned "Objections to Magistrate Judge's Findings and
22 Recommendations."  The failure to file objections within the
23 ////
24 ////
25 ////
26 ////

2

specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  December 28, 2005.

<u>/s/ Peter A. Nowinski</u>
PETER A. NOWINSKI
Magistrate Judge
