```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  DONALD M. BIRD,
13                  Plaintiff,         CIV. S-05-2233-DFL-PAN(JFM)-PS
14        v.
15  ANN MARIE EVERSOLE, President,                ORDER
    RANCHO TEHEMA ASSOCIATION,
16
                    Defendant.
17  _____/
```

18       This matter was referred to the assigned Magistrate
19  Judge pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-
20  302.  On December 28, 2005, Judge Nowinski recommended that
21  plaintiff's action be dismissed.  On January 4, 2006, plaintiff
22  filed objections to the findings and recommendation.
23       The court has reviewed the file and finds the findings
24  and recommendations to be supported by the record and by the
25  ////
26  ////

1  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
2  that:
3         1.  The Findings and Recommendations filed December 28,
4  2005, are adopted in full; and
5         2.  This action is dismissed.
6  DATED: 8/25/2006

                              _____
                              DAVID F. LEVI
                              United States District Judge

2